IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,

        Plaintiff,             CV F 07 0204 LJO WMW P

   vs.                               ORDER TO SHOW CAUSE

C. LOCKARD, et al.,

        Defendant.

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has submitted request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

        Plaintiff, an inmate in the custody at the Kitsap County Jail in Port Orchard, Washington, brings this civil rights action against the Warden of Wasco State Prison. Plaintiff claims that he was denied medical care and that prison officials interfered with his legal mail.

        The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury."

1        This plaintiff has, on 3 prior occasions, brought civil actions challenging the
2 conditions of his confinement.  All three action were dismissed as frivolous, or for failure to state
3 a claim upon which relief can be granted.  <u>Hardaway v. Money</u>, CV S 01 0458 FCD DAD P;
4 <u>Hardaway v. Wright</u>, CV S 01 0958 GEB DAD P; <u>Hardaway v. State of California</u>, CV S 06
5 0695 MCE PAN P.   laintiff is therefore not entitled to proceed in forma pauperis unless he
6 alleges facts indicating that he is in imminent danger of serious physical injury.  Plaintiff alleges
7 no such facts in this case.

8        Plaintiff alleges that during a telephonic hearing, Defendant Correctional Officers
9 interfered with Plaintiff's ability to hear what was going on.  The Defendants allegedly
10 threatened Plaintiff with retaliation if he filed an inmate grievance.  Plaintiff has failed to allege
11 facts indicating hat he is in imminent danger in serious injury.

12        Accordingly, IT IS ORDERED that Plaintiff show cause, within thirty days, why
13 he should not be denied leave to proceed in forma pauperis and directed to pay the filing fee in
14 full.
15 IT IS SO ORDERED.
16 **Dated:    June 1, 2007**         **/s/  William M. Wunderlich**
                                                                             UNITED STATES MAGISTRATE JUDGE